UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| JABBAR COLLINS, | : **REQUEST TO CLERK FOR ENTRY OF DEFAULT** |
| Plaintiff, | : |
| | 04 CV 3215 (FB)(LB) |
| -against- | : |
| JONATHAN LIPPMAN, individually, and as Chief Administrative Judge for the New York City Office of Court Administration; JAMES F. IMPERATRICE, individually, and as Chief Clerk of the Criminal Term of the Supreme Court, Kings County; and JOHN DOES 1-3, individually, and as Justices of the Supreme Court, Kings County, | : |
| Defendants. | : |

------------------------------------------------------------X

TO: Clerk of the United States District Court for the Eastern District of New York

Please enter the default of the defendants pursuant to Rule 55 (a) of the Federal Rules of Civil Procedure for their failure to plead or otherwise defend in this action as appears from the annexed affidavit.

Dated: Stormville, New York
November 1, 2004

JABBAR COLLINS
95A2646
Plaintiff
P.O. Box 4000
Stormville, New York
12582-0010

TO:

Court Clerk
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Jonathan Lippman
Administrative Judge
New York City Office of Court Administration
25 Beaver Street
New York, New York 10004

James Imperatrice
Chief Clerk, Criminal Term
Supreme Court, Kings County
360 Adams Street
Brooklyn, New York 11201

Eliot Spitzer
New York State Attorney General
120 Broadway
New York, New York 10271

Michael Cardoza
New York City Corporation Counsel
100 Church Street
New York, New York 10007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| JABBAR COLLINS, | : | **AFFIDAVIT** |
| Plaintiff, | : | 04 CV 3215 (FB)(LB) |
| -against- | : | |
| JONATHAN LIPPMAN, individually, and as Chief Administrative Judge for the New York City Office of Court Administration; JAMES F. IMPERATRICE, individually, and as Chief Clerk of the Criminal Term of the Supreme Court, Kings County; and JOHN DOES 1-3, individually, and as Justices of the Supreme Court, Kings County, | : | |
| Defendants. | : | |

------------------------------------------------------------X

JABBAR COLLINS, being duly sworn, hereby states the following is true:

1. I am the plaintiff in this action and have personal knowledge of the facts set forth in this affidavit.

2. On July 27, 2004 I filed in this cause a complaint against defendants.

3. Examination of the court's file and record in this cause shows that with the exception of defendants JOHN DOES 1-3, the defendants were served with a copy of the summons, together with a copy of my complaint on September 22, 2004.

1

4. More than 20 days have elapsed since the date on which the defendants were served with the summons and a copy of the complaint.

5. The defendants have failed to answer or otherwise defend as to my complaint, or serve a copy of any answer or other defense which they might have had, upon me.

6. I execute this affidavit in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure, for the purpose of enabling me to obtain an entry of default against defendants JONATHAN LIPPMAN and JAMES F. IMPERATRICE, for their failure to answer or otherwise defend as to my complaint.

Dated: Stormville, New York
November 1, 2004

_____
JABBAR COLLINS

Sworn to me this 1st day of November, 2004

_____
NOTARY PUBLIC
PAUL J BRAUN
Notary Public State of New York
Qualified in Dutchess County
Commission # 01BR5078658
Commission Expires Dec 23, 2006

2

## AFFIDAVIT OF SERVICE

Re: <u>Collins v. Lippman</u>,
   04 CV 3215 (FB)(LB)

JABBAR COLLINS, being duly sworn, hereby states that the following is true:

1. I am the plaintiff in the above referenced action and reside at Green Haven Correctional Facility, P.O. Box 4000, Stormville, New York 12582-0010..

2. On November 1, 2004 I served a true copy of my request for entry of a default and supporting affidavit upon (1) Eliot Spitzer, New York State Attorney General, 120 Broadway, New York 10271, (2) Michael Cardoza, New York City Corporation Counsel, 100 Church Street, New York, New York 10007, (3) Jonathan Lippman, Administrative Judge, New York City Office of Court Administration, 25 Beaver Street, New York, New York 10004, (4) James F. Imperatrice, Chief Clerk, Criminal Term, Supreme Court, Kings County, 360 Adams Street, Brooklyn, New York 11201.

Dated: Stormville, New York
    November 1, 2004

_____
JABBAR COLLINS

Sworn to me this 1st day of November, 2004

_____
NOTARY PUBLIC
PAUL J BRAUN
Notary Public State of New York
Qualified in Dutchess County
Commission # 01BR5070858
Commission Expires Dec 23, 2006

Jabbar Collins
95A2646
P.O. Box 4000
Stormville, New York 12582-0010


November 1, 2004


Court Clerk
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201


Re: <u>Collins v. Lippman</u>,
    04 CV 3215 (FB)(LB)


Dear Clerk:

Enclosed please find (1) my request for entry of default in the above referenced action, and (2) proof of service.

Respectfully,

Jabbar Collins

cc: file


FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
* NOV 0 5 2004 *
BROOKLYN OFFICE