Jabbar Collins
95A2646
P.O. Box 4000
Stormville, New York 12582-0010

November 7, 2004

Court Clerk
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Collins v. Lippman,
    04 CV 3215 (FB)(LB)

Dear Clerk:

I write to withdraw my November 1, 2004 request for entry of a default in the above referenced action.

The docket sheet for my case indicates the United States Marshal served my summons and complaint upon the defendants on or about September 22, 2004. Having received no answer from the defendants within the allotted time for a response, by a request dated November 1, 2004 I asked for entry of a default in this action.

By a letter dated November 4, 2004, however, Assistant Attorney General Lisa Ghartey informed Magistrate Judge Bloom that defendants had not been served. While defendants waived service of the summons and complaint, they requested an extension until December 9, 2004 to file their answer.

It is now evident that defendants are not in default and thus my request for entry of a default should be withdrawn. Thank you for your time in this matter.

Respectfully,

Jabbar Collins

cc: Lisa Ghartey
    Assistant Attorney General
    New York Attorney General's Office
    120 Broadway
    New York, New York 10271

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
NOV 12 2004
★ BROOKLYN OFFICE ★