UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
JABBAR COLLINS,                   :
                                  :
                Plaintiff,        :
                                  :     **PRO SE**
        -against-                 :
                                  :
                                  :     04 CV 3215 (FB)(LB)
                                  :
JONATHAN LIPPMAN, individually,   :
and as Chief Administrative Judge :
for New York City Office of Court :     **NOTICE OF MOTION TO**
Administration; JAMES F.          :     **DISMISS**
IMPERATRICE, individually,        :
and as Chief Clerk of the         :
Criminal Term of the Supreme Court,:
Kings County; and JOHN DOES 1-3,  :
individually, and as Justices of  :
the Supreme Court, Kings County,  :
                                  :
                Defendants.       :
                                  :
----------------------------------X

   **PLEASE TAKE NOTICE** that upon the accompanying

Memorandum of Law, dated December 6, 2004, the affidavit of James

F. Imperatrice ("Imperatrice Aff."), sworn to on November 30,

2004, and all exhibits annexed thereto, the Declaration of Lisa

Ghartey ("Ghartey Dec."), executed on December 6, 2004, and all

exhibits annexed thereto, the undersigned will move this Court,

by submission, at a date and time specified by the Court, at the

United States Federal Courthouse located at 300 Quarropas Street,

White Plains, New York 10601 for an Order Federal Rules of Civil

Procedure ("Fed. R. Civ. P.") Rules 12(b)(1) and (6) or in the

alternative Rule 12(c). The motion to dismiss should be granted

upon the grounds that: (1) the proceeding is moot as plaintiff

has received copies of all documents maintained by the Court in

<u>Diaz</u>; (2) the Court lacks subject matter jurisdiction over the claims pursuant to The <u>Rooker-Feldman</u> doctrine, the Eleventh Amendment of the United States Constitution; (3) the complaint fails to state a claim as the claims are barred by the principles of absolute judicial immunity and quasi judicial immunity; and (4) because the alleged facts are insufficient to state a claim against the defendants pursuant to 42 U.S.C. § 1983, as the claims are wholly without merit and the complaint can be dismissed as a matter of law.  Fed. R. Civ. P. Rule 12(b)(6).

**PLEASE BE FURTHER ADVISED** that pursuant to Rules of the Court, opposition papers to this motion to dismiss must be served within two (2) weeks after service of this motion.  Reply papers shall be served within five (5) business days after service of the opposition papers.

Dated:    New York, New York
          December 7, 2004

                              Respectfully submitted,
                              ELIOT SPITZER
                              Attorney General of the
                               State of New York
                              <u>Attorney for Defendants</u>
                              By:_____
                              LISA GHARTEY (LG -4601)
                              Assistant Attorney General
                              120 Broadway - 24th Floor
                              New York, New York  10271
                              (212) 416-8548/8610

JABBAR COLLINS
# 95-A-2646
GREEN HAVEN CORREC. FACILITY
P.O. BOX 4000
STOMRVILLE, NY 12582-0010
Plaintiff <u>pro se</u>