

# STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

ELIOT SPITZER
Attorney General

RICHARD RIFKIN
Deputy Attorney General
State Counsel Division

(212) 416-8548 (Phone)
(212) 416-6009 (Fax)

JAMES B. HENLY
Assistant Attorney General in Charge
Litigation Bureau

October 14, 2005

**By ECF and Hand Delivery**
Honorable Frederic Block
United States District Judge, EDNY
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  <u>Collins v. Lippman, et al</u>.
     USDC, EDNY, 04 Civ. 3215 (FB)(LB)
     ------------------------------------------

Dear Judge Block:

This office represents State defendants in the above referenced matter. Enclosed please find a Stipulation of Voluntary Dismissal entered by the parties. We respectfully submit this stipulation for the Court's endorsement in preparation for filing with the Clerk of the Court.

We thank the Court for its assistance throughout this litigation.

Respectfully submitted,

LISA GHARTEY
Assistant Attorney General

cc:  **Express Mail**
     Jabbar Collins
     95A2646
     P.O. Box 4000
     Stormville, NY 12582-0010

**By Hand Delivery**
Honorable Lois Bloom
United States Magistrate Judge, EDNY
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
                                :
JABBAR COLLINS,                 :   STIPULATION FOR DISMISSAL
                                :
                    Plaintiff,  :   04 CV 3215 (FB)(LB)
                                :
       -against-                :
                                :
JONATHAN LIPPMAN, individually, :
and as Chief Administrative     :
Judge for the New York City     :
Office of Court Administration; :
JAMES IMPERATRICE, Individually :
and as Chief Clerk of the       :
Supreme Court, Kings County;    :
and JOHN DOES 1-3,              :
                                :
                    Defendants. :
                                :
--------------------------------X
```

IT IS HEREBY STIPULATED that the above-entitled action be discontinued and dismissed without cost to either party, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: 10-4-05

JABBAR COLLINS
Plaintiff

Dated: 10/14/05

LISA GHARTEY
Assistant Attorney General
(Attorney for defendants)