Jabbar Collins
95A2646
P.O. Box 4000
Stormville, New York 12582-0010

October 4, 2005

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★  OCT - 7 2005  ★
**BROOKLYN OFFICE**

Lisa Ghartey
Assistant Attorney General
New York Attorney General's Office
120 Broadway, 24th Floor
New York, New York 10271-0332

Re: <u>Collins v. Lippman, et al.,</u>
    <u>04 CV 3215  (FB)(LB)</u>

Dear Ms. Ghartey:

After further consideration of my suit in the above referenced action, as well as Judge Bloom's observations, I write to respectfully request a stipulation for dismissal of this action. Enclosed please find the original stipulation, which I executed on October 4, 2005.

This stipulation of dismissal is limited to my suit in the above referenced action. As we have yet to proceed with discovery, I thought it would be best to seek dismissal at this time. Please execute the stipulation and file it with the court (or return it to me for filing).

I thank you for your time and ask that you please write me back regarding this matter.

Respectfully,

*[signature]*

Jabbar Collins

cc: Honorable Lois Bloom ✓
    United States Magistrate Judge
    United States District Court
    Eastern District of New York
    225 Cadman Plaza East
    Brooklyn, New York 11201